```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- x
JIMMY ALLOUL,                            :
                                         :
                Plaintiff,               :    09 Civ. 7726 (JSR)
                                         :
        -v-                              :         ORDER
                                         :
THE NEW YORK CITY POLICE DEPARTMENT,     :
                                         :
                Defendant.               :
---------------------------------------- x
```

JED S. RAKOFF, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-25-10

On December 28, 2009, the Honorable Frank Maas, United States Magistrate Judge, issued a Report and Recommendation in the above-captioned matter recommending that plaintiff's motion for a default judgment be denied, that plaintiff be directed to file and serve within sixty days an amended complaint, and that defendant's letter-motion for a more definite statement be denied.

Plaintiff has failed to file any objection to the Report and Recommendation, and, for that reason alone, has waived any right to review by this Court. See Thomas v. Arn, 474 U.S. 140, 147-48 (1985); Mario v. P & C Food Markets, Inc., 313 F.3d 758, 766 (2d Cir. 2002); Spence v. Superintendent, Great Meadow Corr. Facility, 219 F.3d 162, 174 (2d Cir. 2000). Accordingly, the Court hereby adopts the Report and Recommendation, and, for the reasons therein, denies plaintiff's motion for default judgment. The Clerk of the Court is directed to close document number 4 on the docket of this case.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       August 25, 2010